THE PEOPLE OF THE STATE OF NEW YORK ex rel. GILBERT HIGGINS, Appellant, *v.* ABRAHAM TAPPEN et al., Commissioners of the Park Department of the City of New York, Respondents.

· *People ex rel. Higgins* v. *Tappen,* 15 Misc. Rep. 23, affirmed.
(Submitted May 3, 1897; decided May 14, 1897.)

APPEAL from an order of the General Term of the Superior Court of the city of New York, entered December 27, 1895, which affirmed on certiorari the proceedings of respondents dismissing the relator from the police force for the department of parks in the city of New York.

*Louis J. Grant* for appellant.

*Francis M. Scott* and *Terence Farley* for respondents.

·Order affirmed, with costs ; no opinion.
All concur.